1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | Case No. 1:16-po-00210-SAB
12 |                  Plaintiff,           | [Citation No. 6309997]
13 | v.                                    | MOTION AND ORDER FOR DISMISSAL
14 | JOSE G. AYALA,                        |
15 |                  Defendant.           |
16

17

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Citation Number

20 6309997 against JOSE G. AYALA without prejudice in the interest of justice, pursuant to Rule 48(a)

21 of the Federal Rules of Criminal Procedure.

22
   DATED: September 14, 2016               Respectfully submitted,
23
                                           PHILLIP A. TALBERT
24                                         Acting United States Attorney

25                              By:        /s/ Michael G. Tierney
                                           MICHAEL G. TIERNEY
26                                         Special Assistant U.S. Attorney

27

28

                                            1

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6309997 against JOSE G. AYALA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 14, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE